1 | BRIAN J. STRETCH (CABN 163973)
United States Attorney

2

3 | DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

4 | WIL FRENTZEN (LABN 24421)
Assistant United States Attorney

5 |   450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

6 |   Telephone: (415) 436-6959
FAX: (415) 436-7234

7 |   William.Frentzen@usdoj.gov

8 | Attorneys for the United States

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,              )    CASE NO: CR
                                         )
14 |       Plaintiff,                      )    UNITED STATES' MOTION TO SEAL
                                         )    INDICTMENT AND ARREST WARRANT AND
15 |   v.                                 )    [PROPOSED] ORDER
                                         )
16 | BTC-E, A/K/A CANTON BUSINESS          )
    CORPORATION,                          )    UNDER SEAL
17 | ANDREY NIKONOROV,                     )
    STANISLAV GOLOVANOV,                  )
18 | ALEXANDER BUYANOV, and               )
    ALEXANDER VINNIK.                     )
19 |                                      )
          Defendants.                     )
20 | _____ )

21 |       The United States hereby moves the Court for an order sealing this Motion and Order, the

22 | Indictment, and the arrest warrant. The government believes that if the defendants are made aware of

23 | these documents before they are arrested, that they may make efforts to avoid being arrested.

24

25

26

27

28

MOTION TO SEAL

CR16  0227

SI

FILED
2016 MAY 31 P 4:09
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

SEALED BY ORDER OF COURT

Date: May **31**, 2016                           Respectfully Submitted,

BRIAN J. STRETCH
United States Attorney


WILLIAM FRENTZEN
Assistant United States Attorney


## [PROPOSED] ORDER

Based upon the foregoing request, the Court hereby **ORDERS** that this Motion and Order, the Indictment, and the warrant for the defendant's arrest shall be filed and kept under seal by the clerk of the Court until further order of the Court.  The Court hereby further **ORDERS** that any representative of the United States Attorney's Office, the Federal Bureau of Investigation, *IRS-CID* or the United States Postal Inspection Service shall be allowed to obtain a copy of the Indictment and arrest warrant for the defendant without further order of the Court.                                                                    WF


Dated: May **31**, 2016

HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE


MOTION TO SEAL