```
 1  BRIAN J. STRETCH (CABN 163973)
    United States Attorney
 2
    BARBARA J. VALLIERE (DCBN 439353)
 3  Chief, Criminal Division

 4  WIL FRENTZEN (LABN 24421)
    Assistant United States Attorney
 5      450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
 6      Telephone: (415) 436-6959
        Fax:  (415) 436-7234
 7      William.Frentzen@usdoj.gov

 8  Attorneys for the United States
```

**SEALED BY COURT ORDER**

FILED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: CR 16-00227 SI |
| Plaintiff, | UNITED STATES' MOTION TO SEAL SUPERSEDING INDICTMENT, ARREST WARRANTS AND [PROPOSED] ORDER |
| v. | |
| BTC-E, A/K/A CANTON BUSINESS CORPORATION, | UNDER SEAL |
| and | |
| ALEXANDER VINNIK. | |
| Defendants. | |

MOTION TO SEAL

The United States hereby moves the Court for an order sealing this Motion and Order, Arrest Warrants and the Superseding Indictment. The government believes that if the defendants are made aware of these documents before they are arrested, that they may make efforts to avoid being arrested.

Date: January 17, 2017

Respectfully Submitted,

BRIAN J. STRETCH
United States Attorney

WILLIAM FRENTZEN
Assistant United States Attorney

## [~~PROPOSED~~] ORDER

Based upon the foregoing request, the Court hereby **ORDERS** that this Motion and Order, Arrest Warrants and the Superseding Indictment shall be filed and kept under seal by the clerk of the Court until further order of the Court. The Court hereby further **ORDERS** that any representative of the United States Attorney's Office or the Internal Revenue Service, shall be allowed to obtain a copy of the Superseding Indictment without further order of the Court.

Dated: January 17, 2017

HON. SALLIE KIM
UNITED STATES MAGISTRATE JUDGE

MOTION TO SEAL