BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

WIL FRENTZEN (LABN 24421)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6959
    Fax: (415) 436-7234
    William.Frentzen@usdoj.gov

Attorneys for the United States

**FILED**
JUN 09 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**SEALED BY ORDER OF COURT**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: CR 16-00227 SI |
| Plaintiff, | UNITED STATES' MOTION TO PARTIALLY UNSEAL SUPERSEDING INDICTMENT AND ARREST WARRANTS AND [PROPOSED] ORDER |
| v. | |
| BTC-E, A/K/A CANTON BUSINESS CORPORATION, | |
| and | UNDER SEAL |
| ALEXANDER VINNIK. | |
| Defendants. | |

MOTION AND [PROPOSED] ORDER

12-MJO

The United States hereby moves the Court for an order partially unsealing the Arrest Warrants and the Superseding Indictment in the above-referenced case. The purpose of this partial unsealing is so that the United States can provide said documents to foreign law enforcement, prosecutors and judicial authorities for arrest and extradition. The United States further moves the Court to reseal the documents in their entirety once they have been provided to the foreign authorities and the defendant has been arrested.

Date: June 9, 2017

Respectfully Submitted,

BRIAN J. STRETCH
United States Attorney

S. WAQAR HASIB for WILLIAM FRENTZEN
Assistant United States Attorney

### [PROPOSED] ORDER

Based upon the foregoing request, the Court hereby **ORDERS** that the Arrest Warrants and Superseding Indictment in the above-referenced case be partially unsealed so that the United States can provide said documents to foreign authorities for arrest and extradition. The Court hereby further **ORDERS** that the documents shall be resealed in their entirety once they have been provided to the foreign authorities.

Dated: June 9, 2017

HON. JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE