```
 1 │ BRIAN J. STRETCH (CABN 163973)
   │ United States Attorney
 2 │
 3 │ BARBARA J. VALLIERE (DCBN 439353)
   │ Chief, Criminal Division
 4 │
   │ WIL FRENTZEN (LABN 24421)
 5 │ Assistant United States Attorney
   │      450 Golden Gate Avenue, Box 36055
 6 │      San Francisco, California 94102-3495
   │      Telephone: (415) 436-6959
 7 │      Fax: (415) 436-7234
   │      William.Frentzen@usdoj.gov
 8 │
   │ Attorneys for the United States
```

**FILED**

AUG 09 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**SEALED BY ORDER OF COURT**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BTC-E, A/K/A CANTON BUSINESS CORPORATION, <br><br> and <br><br> ALEXANDER VINNIK. <br>        Defendants. | CASE NO: CR 16-00227 SI <br><br> UNITED STATES' MOTION TO SEAL AFFIDAVITS OF AUSA WILLIAM FRENTZEN AND HOMELAND SECURITY INVESTIGATIONS SPECIAL AGENT MICHAEL DELANEY RELATED TO THE EXTRADITION OF DEFENDANT ALEXANDER VINNIK AND [~~PROPOSED~~] ORDER <br><br> UNDER SEAL |

13-mjr

MOTION TO SEAL

1     The United States hereby moves the Court for an order sealing this Motion and Order, and the
2 Affidavits of AUSA William Frentzen and Homeland Security Investigations Special Agent Michael
3 Delaney related to the extradition of Defendant Alexander Vinnik, with the exception that the
4 documents be available for the purpose of extradition proceedings by foreign authorities. Exposure of
5 the extent of the government's investigation at this time would negatively impact further investigation
6 into additional targets and criminal conduct that could be compromised by disclosure of the entirety of
7 the affidavits at this time.

9 Date: August 9, 2017                                         Respectfully Submitted,

                                                                                    BRIAN J. STRETCH
                                                                                     United States Attorney

                                                                                     WILLIAM FRENTZEN
                                                                                     Assistant United States Attorney

## [PROPOSED] ORDER

    Based upon the foregoing request, the Court hereby **ORDERS** that this Motion and Order, and the Affidavits of AUSA William Frentzen and Homeland Security Investigations Special Agent Michael Delaney related to the extradition of Defendant Alexander Vinnik shall be filed and kept under seal by the clerk of the Court until further order of the Court, other than use with foreign authorities for the purpose of extradition. The Court hereby further **ORDERS** that any representative of the United States Attorney's Office or the Homeland Security Investigations, shall be allowed to obtain a copy of the affidavits without further order of the Court.

Dated: August 9, 2017                                          HONORABLE RICHARD SEEBORG
                                                                         UNITED STATES DISTRICT JUDGE

MOTION TO SEAL