```
                                            FILED

                                          Jan 28 2021

                                        SUSAN Y. SOONG
                                 CLERK, U.S. DISTRICT COURT
                                NORTHERN DISTRICT OF CALIFORNIA
                                        SAN FRANCISCO
```

1 DAVID L. ANDERSON (CABN 149604)
  United States Attorney

2 HALLIE HOFFMAN (CABN 210020)
3 Chief, Criminal Division

4 CATHERINE ALDEN PELKER (MD)
  Trial Attorney

5
    Department of Justice
6   Computer Crime & Intellectual Property Section
    1301 New York Avenue NW, Suite 600
7   Washington, DC 20005
    Telephone: (202) 514-1026
8   FAX: (202) 514-6113
    Catherine.Pelker@usdoj.gov

9
  Attorneys for United States of America
10

11                          UNITED STATES DISTRICT COURT

12                         NORTHERN DISTRICT OF CALIFORNIA

13                              SAN FRANCISCO DIVISION

14

15 UNITED STATES OF AMERICA,         ) CASE NO. 16-CR-00227 RS
                                     )
16        Plaintiff,                 ) **NOTICE OF APPEARANCE OF ASSISTANT**
                                     ) **UNITED STATES ATTORNEY**
17     v.                            )
                                     )
18 BTC-EM A/K/A CANTON BUSINESS      ) **UNDER SEAL**
   CORPORATION, ANDREY NIKONOROV,    )
19 STANISLAV GOLOVANOV, and          )
   ALEXANDER VIKKIK.                 )
20                                   )
          Defendants.                )

21 ─────────────────────────────────

22     The United States Attorney Office hereby files this Notice of Appearance to advise the court that

23 Department of Justice Catherine Alden Pelker appears for the United States in this case. Please add her

24 to the list of counsel appearing for the United States and please add her to the list of persons to be

   noticed.
25

26 DATED: January 28, 2021                      Respectfully,

27                                              DAVID L. ANDERSON
                                                United States Attorney
28
   NOTICE OF APPEARANCE
   16-CR-00227 RS
                                              1

|   |   |
|---|---|
| 1 |   |
| 2 | _____/s/_____<br>CATHERINE ALDEN PELKER |
| 3 | Trial Attorney, Department of Justice |

NOTICE OF APPEARANCE
16-CR-00227 RS