FILED

Aug 17 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>BTC-E, ET AL.,<br>　　　　Defendant. | No. 16-CR-227-RS |
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>BRIDGES, ET AL.,<br>　　　　Defendant. | No. 15-CR-319-RS<br><br>**ORDER WITHDRAWING RELATION** |

　　　The order relating case 16-CR-227 to case 15-CR-319, Dkt. No. 4 in case 16-CR-227, is withdrawn. 16-CR-227 shall be reassigned to Judge Illston.

**IT IS SO ORDERED.**

Dated: 8/17/2022

RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT JUDGE