UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** September 27, 2022     **Time:** 11:01 – 11:06     **Judge:** SUSAN ILLSTON
                                 5 Minutes

**Case No.**: 16-cr-00227-SI-5   **Case Name:** United States v. Alexander Vinnik

**Attorney for Government:** Claudia Quiroz, Catherine Pelker
**Attorney for Defendant:** David Rizk
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [X] In Custody   [ ] Not in Custody

**Deputy Clerk:** Esther Chung               **Court Reporter:** Joan Columbini
**Interpreter:** Laura Mirzoyan              **Probation Officer:** n/a

## PROCEEDINGS

Status Conference - Held via Zoom webinar.

## SUMMARY

The Government is preparing discovery and the parties are attempting to schedule a video conference for a reverse proffer. The parties requested a further Status Conference be set for in-person appearance. The Court granted the request and exclusion of time.

CASE CONTINUED TO: **12/16/2022 at 11:00 a.m. for IN-PERSON Status Conference.**

--------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY: Government to prepare an exclusion order.**
Category:  Effective preparation of counsel.
Begins:  9/27/2022
Ends:  12/16/2022
--------------------------------------------------------------------------------------------------------------------