STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CLAUDIA QUIROZ (CABN 254419)
Assistant United States Attorney
C. ALDEN PELKER (MD)
Trial Attorney
Computer Crime & Intellectual Property Section
United States Department of Justice

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7428
    FAX: (415) 436-7234
    claudia.quiroz@usdoj.gov
    catherine.pelker@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 16-00227 SI |
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM [DATE] TO [DATE] AND [PROPOSED] ORDER |
| v. | |
| BTC-E, A/K/A CANTON BUSINESS CORPORATION, | |
| and | |
| ALEXANDER VINNIK, | |
| Defendants. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Alexander Vinnik that time be excluded under the Speedy Trial Act from through December 16, 2022.

At the initial appearance before the Court held on September 27, 2022, the government and

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR 16-00227 SI                                                      v. 7/10/2018

counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing discovery.  For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until December 16, 2022, will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from September 27, 2022, through December 16, 2022, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:  September 27, 2022  
　　　　　　　　　　　　　　　　　　　　／s／  
　　　　　　　　　　　　　　　　　　　　CLAUDIA QUIROZ  
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney  
　　　　　　　　　　　　　　　　　　　　C. ALDEN PELKER  
　　　　　　　　　　　　　　　　　　　　Trial Attorney, CCIPS

DATED: September 27, 2022  
　　　　　　　　　　　　　　　　　　　　／s／  
　　　　　　　　　　　　　　　　　　　　DAVID RIZK  
　　　　　　　　　　　　　　　　　　　　Counsel for Defendant Alexander Vinnik

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on September 27, 2022, and for good cause shown, the Court finds that failing to exclude the time from September 27, 2022, through December 16, 2022, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from September 27, 2022, through December 16, 2022, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from September 27, 2022,

through December 16, 2022, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: _____

HON. SUSAN ILLSTON
United States District Judge