```
JODI LINKER
Federal Public Defender
Northern District of California
DAVID RIZK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:       david_rizk@fd.org
```

Counsel for Defendant VINNIK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER VINNIK,<br><br>Defendant. | Case No.: 16-CR-227 SI<br><br>**REPLY BRIEF RE: PRIVATE CONSULAR ACCESS AND [PROPOSED] ORDER** |

    Undersigned defense counsel has met and conferred with the Alameda County Sheriff's Office and Alameda County Counsel and narrowed the Proposed Order attached hereto, in response to County Counsel's suggestion that the prior language could otherwise be read to prevent a deputy from checking on the meeting briefly (which is not defense's counsel's intention or interpretation). The jail also relates that it does not intend to record the meeting, however, given the sensitivity of the meeting, the defense still requests that the Court issue the Proposed Order, as modified.

    //

    //

|   |   |
|---|---|
| November 2, 2022<br>Dated | Respectfully Submitted,<br><br>JODI LINKER<br>Federal Public Defender<br>Northern District of California<br><br>               /S<br>DAVID RIZK<br>Assistant Federal Public Defender |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER VINNIK,<br><br>Defendant. | Case No.: 16-CR-227 SI<br><br>**[PROPOSED] ORDER RE: CONSULAR ACCESS** |

For the reasons stated in the defendant Alexander Vinnik's unopposed motion, the Alameda County Sheriff's Office, the U.S. Department of Justice, and all other local, state, and federal agencies are hereby prohibited from recording or otherwise surveilling the in-person meeting between Mr. Vinnik and Russian consular officials at Santa Rita Jail scheduled for November 3, 2022.

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE SUSAN ILLSTON
Senior United States District Judge