UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ALEXANDER VINNIK,<br><br>        Defendant. | Case No. 16-cr-00227-SI-1<br><br>**ORDER AMENDING PROTECTIVE ORDER** |

For the reasons discussed at the December 16, 2022 status conference, the Court hereby AMENDS the protective order as follows: defendant may share undesignated material with the United States State Department.

**IT IS SO ORDERED**.

Dated: December 16, 2022

                              SUSAN ILLSTON
                              United States District Judge