UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** December 16, 2022 | **Time:** 11:03 – 11:32  29 Minutes | **Judge:** SUSAN ILLSTON |
| **Case No.**: 16-cr-00227-SI-5 | **Case Name:** United States v. Alexander Vinnik | |

**Attorney for Government:** Claudia Quiroz, Catherine Alden Pelker
**Attorney for Defendant:** David Rizk
**Defendant:** [X ] Present   [ ] Not Present
**Defendant's Custodial Status:** [X ] In Custody  [ ] Not in Custody

| | |
|---|---|
| **Deputy Clerk:** Esther Chung | **Court Reporter:** Ruth Levine Ekhaus |
| **Interpreter:** Laura Mirzoyan | **Probation Officer:** n/a |

## PROCEEDINGS

Status Conference - Held via Zoom webinar.

## SUMMARY

Defendant was present and waived personal appearance.  The Court and Government confirmed that they had received the Status Report filed by Defense on 12/15/2022.   The Government provided a response to the Court concerning the discovery issues and protective order raised by Defendant.  Defense counsel, D. Rizk, provided rebuttal and additional arguments in response to the Government response.

The Court ordered the Government to provide the discovery listed in items A-D on page 3 of Dkt. 38 by 2/14/2023.  If the Government cannot comply by that deadline they should meet and confer with Mr. Rizk to work out the issues.  If the issues cannot be worked out then the parties may bring the matter before the Court.

The Court took the matter of the Protective Order under submission and provided a tentative ruling on the matter.  Mr. Rizk said that he would move to strike if the tentative is adopted.

The Court confirmed that the Government is planning on dismissing Count 1 once a resolution has been reached in the matter.

CASE CONTINUED TO: **2/14/2023 at 11:00 AM for Further Status Conference by Zoom webinar.**

--------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY: Government to prepare an exclusion order.**

Category:  Effective preparation of counsel.
Begins:  12/16/2022
Ends:  2/14/2023
----------------------------------------------------------------------------------------------------------------