STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KATHERINE M. LLOYD-LOVETT (CABN 276256)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Katherine.lloyd-lovett@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-00227-SI-5 |
| Plaintiff, | NOTICE OF ADDITIONAL COUNSEL |
| v. | |
| ALEXANDER VINNIK, | |
| Defendant. | |

The United States Attorney's Office hereby files this Notice of Additional Counsel to advise the Court that Assistant United States Attorney Katherine M. Lloyd-Lovett appears in this matter in addition to AUSA Claudia Quiroz and Trial Attorney C. Alden Pelker.  Future ECF notices should be sent to Assistant United States Attorney Lloyd-Lovett with the following contact information:

    Katherine M. Lloyd-Lovett
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Katherine.lloyd-lovett@usdoj.gov

//

//

//

1 | AUSA Claudia Quiroz and Trial Attorney Pelker remain as counsel for the government in this case.

2

3 | DATED: February 10, 2023                           Respectfully submitted,

4                                                                              STEPHANIE M. HINDS
                                                                                United States Attorney
5

6

7                                                                              /s/
                                                                                KATHERINE M. LLOYD-LOVETT
8                                                                              Assistant United States Attorney