STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CLAUDIA QUIROZ (CABN 254419)
KATHERINE LLOYD-LOVETT (CABN 276256)
Assistant United States Attorneys
C. ALDEN PELKER (MD)
Trial Attorney
Computer Crime & Intellectual Property Section
United States Department of Justice

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7428
    FAX: (415) 436-7234
    claudia.quiroz@usdoj.gov
    katherine.lloyd-lovett@usdoj.gov
    catherine.pelker@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 16-00227-SI-5 |
| Plaintiff, | ) UNITED STATES' STATUS REPORT |
| v. | ) |
| BTC-E, A/K/A CANTON BUSINESS CORPORATION, | ) |
| and | ) |
| ALEXANDER VINNIK, | ) |
| Defendants. | ) |

The United States of America ("the government") hereby submits this status report in the above-referenced matter to provide the Court with an update on its discovery productions since the parties' last appearance before the Court on December 16, 2022.

The parties appeared before the Court for a status conference on December 16, 2022. [Dkt. No. 40.] At the hearing, the Court ordered the government to provide the following discovery by February 14, 2023: (1) All search warrants and returns for all digital data (excluding the Softlayer and Equinix servers for BTC-e) and financial records; (2) all ROIs; (3) all devices and all documents regarding the chain of custody; and (4) all documents in the government's possession relating to the French criminal case and Greek extradition proceedings against Mr. Vinnik.

The government has made eight discovery productions to defense counsel in this case, four of them since the last hearing. Specifically, the government has made discovery productions on the following dates: January 2, 7, and 25; and February 10, 2023. With certain limitations as conveyed to defense counsel and described below, the government has produced the four categories of discovery as ordered by the Court.

With respect to its discovery productions, the government has endeavored to provide data in an accessible form to the greatest extent possible. Certain files were stored in encrypted or password-protected format, requiring the application of passwords or keys to the data to review and produce the records. The government has told defense counsel that it can make copies of those items in their native, encrypted format, upon request. The government has also told defense counsel that it is continuing to work to access and decrypt several remaining items and will provide them as they are available.

Consistent with its prior conversations with defense counsel regarding the voluminous electronic discovery and as anticipated by the Court's order, the government has not produced full images of all the servers obtained in the investigation or the full collection of network traffic. However, the government has offered to make those items available to the defense for inspection and remains prepared to provide images of particular servers upon request.

The government has also notified defense counsel that certain information related to confidential informants, undercover operations, or sensitive ongoing investigations has been withheld but that, to the extent that information is discoverable, it will be provided in advance of trial. Once a trial date is set, the government will work with defense counsel to determine an appropriate discovery schedule for this subset of information.

The government has offered to meet and confer with defense counsel in advance of the hearing and remains willing to engage with defense counsel to the extent there are any outstanding questions or concerns regarding discovery.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | STEPHANIE M. HINDS<br>United States Attorney |
| DATED: February 15, 2023 | __/s/_____<br>CLAUDIA QUIROZ<br>KATHERINE LLOYD-LOVETT<br>Assistant United States Attorneys<br>C. ALDEN PELKER<br>Trial Attorney, CCIPS<br>Assistant United States Attorney |