UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** February 17, 2023 | **Time:** 2:49 – 2:51  2 Minutes | **Judge:** SUSAN ILLSTON |
| **Case No.**: 16-cr-00227-SI-5 | **Case Name:** United States v. Alexander Vinnik | |

**Attorney for Government:** Claudia Quiroz, Katie Lloyd-Lovett, C. Alden Pelker
**Attorney for Defendant:** David Rizk
**Defendant:** [ ] Present   [X] Not Present
**Defendant's Custodial Status:** [X] In Custody  [ ] Not in Custody

**Deputy Clerk:** Esther Chung
**Interpreter:** Maria Entchevitch
**Court Reporter:** Ana Dub
**Probation Officer:** n/a

## PROCEEDINGS

Status Conference – Not Held.

## SUMMARY

The Zoom hearing was not able to go forward as Defendant was not present due to internal scheduling issues. The parties agreed to continue the Status Conference and to exclude time.

CASE CONTINUED TO: **2/24/2023 at 11:00 AM for Continued In-Person Status Conference.**

------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY: Government to prepare an exclusion order.**
Category:  Effective preparation of counsel.
Begins:  2/17/2023
Ends:  2/24/2023
------------------------------------------------------------------------------------------------------------------