1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  CLAUDIA QUIROZ (CABN 254419)
   KATHERINE LLOYD-LOVETT (CABN 276256)
5  Assistant United States Attorneys
   C. ALDEN PELKER (MD)
6  Trial Attorney
   Computer Crime & Intellectual Property Section
7  United States Department of Justice

8     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
9     Telephone: (415) 436-7428
      FAX: (415) 436-7234
10    claudia.quiroz@usdoj.gov
      catherine.pelker@usdoj.gov
11
   Attorneys for United States of America
12

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                      SAN FRANCISCO DIVISION

16

17 | UNITED STATES OF AMERICA,           ) NO. CR 16-00227-SI-5
                                         )
18 |     Plaintiff,                      ) STIPULATION TO EXCLUDE TIME FROM
                                         ) FEBRUARY 14, 2023 TO FEBRUARY 24, 2023;
19 |   v.                                ) [PROPOSED] ORDER
                                         )
20 | BTC-E, A/K/A CANTON BUSINESS        )
     CORPORATION,                        )
21                                       )
     and                                 )
22                                       )
     ALEXANDER VINNIK,                   )
23                                       )
         Defendants.                     )
24                                       )

25
26     It is hereby stipulated by and between counsel for the United States and counsel for the

27 defendant, Alexander Vinnik, that time be excluded under the Speedy Trial Act from February 14, 2023,

28 through February 24, 2023.

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR 16-00227-SI-5                                                              v. 7/10/2018

1    At the status conference held on February 17, 2023, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced.  For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time from February 14, 2023 through February 24, 2023 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from February 14, 2023 through February 24, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

    Undersigned government counsel certify that they have obtained approval from counsel for the defendant to file this stipulation and proposed order.

| | |
|---|---|
| IT IS SO STIPULATED. | STEPHANIE M. HINDS<br>United States Attorney |
| DATED:  February 21, 2023 | __/s/_____<br>CLAUDIA QUIROZ<br>KATHERINE LLOYD-LOVETT<br>Assistant United States Attorneys<br>C. ALDEN PELKER<br>Trial Attorney, CCIPS Assistant United States Attorney |
| DATED:  February 21, 2023 | _____/s/_____<br>DAVID RIZK<br>Counsel for Defendant ALEXANDER VINNIK |

### [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on February 17, 2023 and for good cause shown, the Court finds that failing to exclude the time from February 14, 2023 through February 24, 2023 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of

1  due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by
2  excluding the time from February 14, 2023 through February 24, 2023 from computation under the
3  Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore,
4  and with the consent of the parties, IT IS HEREBY ORDERED that the time from February 14, 2023
5  through February 24, 2023 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §
6  3161(h)(7)(A), (B)(iv).

7  IT IS SO ORDERED.

9  DATED: _____

_____
SUSAN ILLSTON
United States District Judge