STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CLAUDIA QUIROZ (CABN 254419)
KATHERINE LLOYD-LOVETT (CABN 276256)
Assistant United States Attorneys
C. ALDEN PELKER (MD)
Trial Attorney
Computer Crime & Intellectual Property Section
United States Department of Justice

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7428
    FAX: (415) 436-7234
    claudia.quiroz@usdoj.gov
    catherine.pelker@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>BTC-E, A/K/A CANTON BUSINESS CORPORATION,<br><br>and<br><br>ALEXANDER VINNIK,<br><br>    Defendants. | NO. CR 16-00227-SI-5<br><br>STIPULATION TO EXCLUDE TIME FROM FEBRUARY 14, 2023 TO FEBRUARY 24, 2023; [PROPOSED] ORDER |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant, Alexander Vinnik, that time be excluded under the Speedy Trial Act from February 14, 2023, through February 24, 2023.

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR 16-00227-SI-5                                                                        v. 7/10/2018

At the status conference held on February 17, 2023, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced.  For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time from February 14, 2023 through February 24, 2023 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from February 14, 2023 through February 24, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Undersigned government counsel certify that they have obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.                                  STEPHANIE M. HINDS
                                                      United States Attorney


DATED:  February 21, 2023                             ___/s/_____
                                                      CLAUDIA QUIROZ
                                                      KATHERINE LLOYD-LOVETT
                                                      Assistant United States Attorneys
                                                      C. ALDEN PELKER
                                                      Trial Attorney, CCIPS Assistant United States
                                                      Attorney


DATED:  February 21, 2023                             _____/s/_____ ___
                                                      DAVID RIZK
                                                      Counsel for Defendant ALEXANDER VINNIK

### [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on February 17, 2023 and for good cause shown, the Court finds that failing to exclude the time from February 14, 2023 through February 24, 2023 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR 16-00227-SI-5                                                                    v. 7/10/2018

due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from February 14, 2023 through February 24, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from February 14, 2023 through February 24, 2023 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).

      IT IS SO ORDERED.

DATED:  February 21, 2023

                                              SUSAN ILLSTON
                                              United States District Judge