UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** February 24, 2023  **Time:** 11:00 – 11:03  **Judge:** SUSAN ILLSTON
3 Minutes
**Case No.**: 16-cr-00227-SI-5  **Case Name:** United States v. Alexander Vinnik

**Attorney for Government:** Claudia Quiroz, C. Alden Pelker
**Attorney for Defendant:** David Rizk
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [X] In Custody  [ ] Not in Custody

**Deputy Clerk:** Esther Chung           **Court Reporter:** Debra Pas
**Interpreter:** Laura Mirzoyan          **Probation Officer:** n/a

## PROCEEDINGS

Status Conference – Held.

## SUMMARY

Defense counsel confirmed that the Government has made 7-8 productions of documents and the parties are working on formatting issues. The parties are still in discussion about a possible joint resolution. The Government confirmed the status report provided by defense counsel. The defense counsel requested and exclusion of time for effective preparation of counsel which the Court granted.

CASE CONTINUED TO: **4/14/2023 at 11:00 AM for In-Person Status Conference.**

-------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY: Government to prepare an exclusion order.**
Category:  Effective preparation of counsel.
Begins:  2/24/2023
Ends:  4/14/2023
-------------------------------------------------------------------------------------------------------------------