STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CLAUDIA QUIROZ (CABN 254419)
KATHERINE LLOYD-LOVETT (CABN 276256)
Assistant United States Attorneys
C. ALDEN PELKER (MD)
Trial Attorney
Computer Crime & Intellectual Property Section
United States Department of Justice

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7428
    FAX: (415) 436-7234
    claudia.quiroz@usdoj.gov
    catherine.pelker@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 16-00227-SI-5 |
|     Plaintiff, | STIPULATION TO EXCLUDE TIME FROM FEBRUARY 24, 2023 TO APRIL 14, 2023; [PROPOSED] ORDER |
|     v. | |
| BTC-E, A/K/A CANTON BUSINESS CORPORATION, | |
| and | |
| ALEXANDER VINNIK, | |
|     Defendants. | |

    It is hereby stipulated by and between counsel for the United States and counsel for the defendant, Alexander Vinnik, that time be excluded under the Speedy Trial Act from February 24, 2023, through April 14, 2023.

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR 16-00227-SI-5                                                                         v. 7/10/2018

1    At the status conference held on February 24, 2023, the government and counsel for the
defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could
continue to prepare, including by reviewing the discovery already produced.  For this reason and as
further stated on the record at the status conference, the parties stipulate and agree that excluding time
from February 24, 2023 through April 14, 2023 will allow for the effective preparation of counsel.  *See*
18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by
excluding the time from February 24, 2023 through April 14, 2023 from computation under the Speedy
Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §
3161(h)(7)(A), (B)(iv).

    Undersigned government counsel certify that they have obtained approval from counsel for the
defendant to file this stipulation and proposed order.

| | |
|---|---|
| IT IS SO STIPULATED. | STEPHANIE M. HINDS<br>United States Attorney |
| DATED:  February 24, 2023 | __/s/_____<br>CLAUDIA QUIROZ<br>KATHERINE LLOYD-LOVETT<br>Assistant United States Attorneys<br>C. ALDEN PELKER<br>Trial Attorney, CCIPS Assistant United States Attorney |
| DATED:  February 24, 2023 | _____/s/_____<br>DAVID RIZK<br>Counsel for Defendant ALEXANDER VINNIK |

### [PROPOSED] ORDER

    Based upon the facts set forth in the stipulation of the parties and the representations made to the
Court on February 24, 2023 and for good cause shown, the Court finds that failing to exclude the time
from February 24, 2023 through April 14, 2023 would unreasonably deny defense counsel and the
defendant the reasonable time necessary for effective preparation, taking into account the exercise of


due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from February 24, 2023 through April 14, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from February 24, 2023 through April 14, 2023 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: _____

_____
SUSAN ILLSTON
United States District Judge