# Exhibit F

| | |
|---|---|
| **From:** | David Rizk |
| **To:** | Quiroz, Claudia (USACAN) |
| **Cc:** | Pelker, Catherine (CRM) |
| **Subject:** | RE: Vinnik - Draft Protective Order |
| **Date:** | Tuesday, September 20, 2022 4:47:00 PM |
| **Attachments:** | 2022.09.12 Proposed Protective Order (Vinnik) (sent to DR - REDLINE).docx |

Hi,
Sorry, I've just been busy. I would also like to get this resolved quickly. I am concerned that we are going to have a dispute around paragraph 2, so I would like to know what the justification for it is. I'm attaching a redline along the lines of the issues I discussed with Claudia the other day, and happy to discuss them further.
David

**From:** Quiroz, Claudia (USACAN) <Claudia.Quiroz@usdoj.gov>
**Sent:** Tuesday, September 20, 2022 11:42 AM
**To:** David Rizk <David_Rizk@fd.org>
**Cc:** Pelker, Catherine (CRM) <Catherine.Pelker@usdoj.gov>
**Subject:** RE: Vinnik - Draft Protective Order

Hi David,

Just wanted to follow up on my email below re the protective order.  We would like to get it sorted out this week if possible.  Let us know if you want to get on a call to discuss.

Thanks!

Claudia

**From:** Quiroz, Claudia (USACAN)
**Sent:** Friday, September 16, 2022 1:39 PM
**To:** david_rizk@fd.org
**Cc:** Pelker, Catherine (CRM) <Catherine.Pelker@usdoj.gov>
**Subject:** RE: Vinnik - Draft Protective Order

Hi David,

I am writing to follow up on our conversation regarding the draft protective order we sent you.  As I understand it, the protective order that is being negotiated between our offices is designed for basic, mail-fraud-type cases and can be used a starting point for other, more complex matters (which is what we have done here).  This matter is unique enough to justify additional protections.  I consulted with Alden and two supervisors in my office (including my direct supervisor) about the draft we sent you and we consider the way it is structured it to be appropriate for this case.  If you want to send us edits to specific

language we will consider them but we believe that paragraph 2 in particular should remain as written. Please let us know how you wish to proceed.

Thanks,

Claudia

---

**From:** Quiroz, Claudia (USACAN)
**Sent:** Tuesday, September 13, 2022 9:45 AM
**To:** david_rizk@fd.org
**Cc:** Pelker, Catherine (CRM) <Catherine.Pelker@usdoj.gov>
**Subject:** Vinnik - Draft Protective Order

Hi David,

Attached is a draft protective order for your review. This version has been approved by my supervisors. Please let us know if you have any questions.

Thanks,

**Claudia Quiroz**
Assistant U.S. Attorney
Northern District of California
450 Golden Gate Avenue | San Francisco, CA 94102
Tel: (415) 436-7428 | Fax: (415) 436-7234
Cell: (415) 802-4637
Email: claudia.quiroz@usdoj.gov