# Exhibit G

**Mikaela M Hansen**

| | |
|---|---|
| **From:** | Quiroz, Claudia (USACAN) <Claudia.Quiroz@usdoj.gov> |
| **Sent:** | Friday, September 16, 2022 1:39 PM |
| **To:** | David Rizk |
| **Cc:** | Pelker, Catherine (CRM) |
| **Subject:** | RE: Vinnik - Draft Protective Order |

Hi David,

I am writing to follow up on our conversation regarding the draft protective order we sent you.  As I understand it, the protective order that is being negotiated between our offices is designed for basic, mail-fraud-type cases and can be used a starting point for other, more complex matters (which is what we have done here).  This matter is unique enough to justify additional protections.  I consulted with Alden and two supervisors in my office (including my direct supervisor) about the draft we sent you and we consider the way it is structured it to be appropriate for this case.  If you want to send us edits to specific language we will consider them but we believe that paragraph 2 in particular should remain as written.  Please let us know how you wish to proceed.

Thanks,

Claudia

---

**From:** Quiroz, Claudia (USACAN)
**Sent:** Tuesday, September 13, 2022 9:45 AM
**To:** david_rizk@fd.org
**Cc:** Pelker, Catherine (CRM) <Catherine.Pelker@usdoj.gov>
**Subject:** Vinnik - Draft Protective Order

Hi David,

Attached is a draft protective order for your review.  This version has been approved by my supervisors.  Please let us know if you have any questions.

Thanks,

**Claudia Quiroz**
Assistant U.S. Attorney
Northern District of California
450 Golden Gate Avenue | San Francisco, CA 94102
Tel: (415) 436-7428 | Fax: (415) 436-7234
Cell: (415) 802-4637
Email: claudia.quiroz@usdoj.gov