UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** June 2, 2023   **Time:** 11:06 – 11:37   **Judge:** SUSAN ILLSTON
                         31 Minutes
**Case No.:** 16-cr-00227-SI-5   **Case Name:** United States v. BTC-E, Alexander Vinnik

**Attorney for Government:** Claudia Quiroz
**Attorney for Defendant:** David Rizk
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [X] In Custody   [ ] Not in Custody

**Deputy Clerk:** Jenny Galang                  **Court Reporter:** Marla Knox
**Interpreter:** Marina Brodskaya / Russian     **Probation Officer:** n/a

## PROCEEDINGS

Motion to Amend Protective Order – Held.

## SUMMARY

The Court heard oral argument and rebuttals from the parties.

The parties are still in discussion about setting trial dates and will get back to the court with dates. The court grants exclusion of time for effective preparation of counsel.

CASE CONTINUED TO: 6/9/2023 at 11:00 AM for In-Person Further Status Conference.

-------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY: Government to prepare an exclusion order.**
Category: Effective preparation of counsel.
Begins: 6/2/2023
Ends: 6/9/2023
-------------------------------------------------------------------------------------------------------