UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** June 9, 2023    **Time:** 11:22 – 11:29    **Judge:** SUSAN ILLSTON
7 Minutes

**Case No.**: 16-cr-00227-SI-5    **Case Name:** United States v. BTC-E, Alexander Vinnik

**Attorney for Government:** Claudia Quiroz, Katie Lloyd-Lovett, Catherine Alden Pelker
**Attorney for Defendant:** David Rizk
**Defendant:** [ ] Present   [X ] Not Present
**Defendant's Custodial Status:** [X ] In Custody  [ ] Not in Custody

**Deputy Clerk:** Jenny Galang    **Court Reporter:** Ana Dub
**Interpreter:** n/a    **Probation Officer:** n/a

### PROCEEDINGS

Status Conference –Held.

### SUMMARY

Defendant waived his personal appearance. Parties to meet and confer and submit Pretrial conference date.  Jury Trial set for 2/5/2024.

CASE CONTINUED TO: **6/30/2023 at 11:00 AM for In-Person Further Status Conference.**

---

**EXCLUDABLE DELAY: Government to prepare an exclusion order.**
Category:  Effective preparation of counsel.
Begins:  6/9/2023
Ends:  6/30/2023

---