1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2

3  KATHERINE L. WAWRZYNIAK (CABN 252751)
   Chief, Criminal Division

4  CLAUDIA QUIROZ (CABN 254419)
   KATHERINE LLOYD-LOVETT (CABN 276256)

5  Assistant United States Attorneys
   C. ALDEN PELKER (MD)

6  Trial Attorney
   Computer Crime & Intellectual Property Section

7  United States Department of Justice

8       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495

9       Telephone: (415) 436-7428
        FAX: (415) 436-7234

10      claudia.quiroz@usdoj.gov
        katherine.lloyd-lovett@usdoj.gov

11      catherine.pelker@usdoj.gov

12 Attorneys for United States of America

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15               SAN FRANCISCO DIVISION

16

17 UNITED STATES OF AMERICA,          )  NO. CR 16-00227-SI
                                      )
18        Plaintiff,                  )  UNITED STATES' MOTION TO FILE
                                      )  REDACTED DOCUMENT NOS. 14 AND 16;
19      v.                            )  [PROPOSED] ORDER
                                      )
20 BTC-E, A/K/A CANTON BUSINESS       )
   CORPORATION,                       )
21                                    )
   and                                )
22                                    )
   ALEXANDER VINNIK,                  )
23                                    )
        Defendants.                   )
24 _____  )

25

26

27

28 UNITED STATES' MOTION TO FILE REDACTED DOCUMENT NOS. 14 AND 16; [PROPOSED] ORDER
   Case No. CR 16-00227-SI                                      v. 7/10/2018

                                  1

1 The United States of America ("the government"), through undersigned counsel, respectfully

2 requests the public filing of the redacted versions of Document Nos. 14 and 16 in the above-referenced

3 action.  These documents are currently under seal and no longer need to be sealed except for the

4 redactions set in the proposed versions.  The redactions are necessary because they include PII and

5 sensitive witness information that should not be disclosed at this juncture.  Proposed redacted versions

6 of Document Nos. 14 and 16 will be lodged under seal with the Court as Exhibits A and B to this

7 motion.

8
           Respectfully submitted,

9
           ISMAIL J. RAMSEY
           United States Attorney

10

11

12 DATED:  June 9, 2023     _____/s/_____
           CLAUDIA QUIROZ

13          KATHERINE LLOYD-LOVETT
           Assistant United States Attorneys

14          C. ALDEN PELKER
           Trial Attorney, CCIPS Assistant United States

15          Attorney

16

17

18         **[PROPOSED] ORDER**

19 On the motion of the United States, and good cause appearing therefor, the Court grants the

20 government's motion and ORDERS that the government may file Document Nos. 14 and 16 on the

21 public record with the redactions proposed in Exhibits A and B to the government's motion.

22 IT IS SO ORDERED.

23 DATED:  June 23, 2023   _____
           HONORABLE SUSAN ILLSTON

24          United States District Judge

25

26

27

28 UNITED STATES' MOTION TO FILE REDACTED DOCUMENT NOS. 14 AND 16; [PROPOSED] ORDER
 Case No. CR 16-00227-SI           v. 7/10/2018