```
JODI LINKER
Federal Public Defender
Northern District of California
DAVID RIZK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:        david_rizk@fd.org
```

Counsel for Defendant VINNIK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 16-cr-227 SI |
| Plaintiff, | **WAIVER OF PERSONAL APPEARANCE** |
| v. | |
| ALEXANDER VINNIK, | |
| Defendant. | |

    This matter is scheduled for a status conference regarding the protective order and pretrial deadlines on June 30, 2023. In view of the foregoing, Mr. Vinnik respectfully requests that he waive his personal appearance pursuant to Federal Rule of Criminal Procedure 43(b)(3) (permitting waiver when the proceeding "involves only a conference or hearing on a question of law").

1
2  June 29, 2023  JODI LINKER
   Dated  Federal Public Defender
3  Northern District of California
4
            /S
5  DAVID RIZK
   Assistant Federal Public Defender
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WAIVER OF PERSONAL APPEARANCE
*VINNIK*, CR 16-227 SI