# Exhibit A

**VINNIK PRETRIAL SCHEDULE**

|  | **Defense Proposal** | **Government Proposal** |
|---|---|---|
| Deadline for superseding indictment | July 15, 2023 |  |
| Government's expert disclosures due | September 1, 2023 | October 13, 2023 |
| Substantive Rule 12 motions due | September 8, 2023 | October 20, 2023 |
| Oppositions due | September 22, 2023 | November 3, 2023 |
| Replies due | September 29, 2023 | November 10, 2023 |
| Deadline for disclosure of foreign language and English translations documents that are subject to any later disclosure deadline | October 6, 2023 | November 15, 2023 *(Gov. may withhold cooperator Jencks given sensitivities of coop. identities)* |
| Hearing on substantive motions | TBD | November 17, 2023 |
| Rule 16 deadline | October 30, 2023 | *See below (Jan. 22, 2024)* |
| Witness and exhibit lists, Rule 801(d)(2)(A), (E) and Rule 404(b) disclosures due | October 30, 2023 | *See below (Jan.3, 2024)* |
| Defense rebuttal expert disclosures due | October 30, 2023 | November 13, 2023 |
| *Jencks, Brady, Giglio*, Cal. Rule of Prof'l Resp. 3.8(d) disclosures due | November 3, 2023 |  |
| *Daubert* motions, motions *in limine* due | November 17, 2023 | December 1, 2023 |
| Oppositions to Daubert and motions *in limine* due | December 1, 2023 | December 15, 2023 |
| Replies to Daubert and motions *in limine* due | December 8, 2023 | December 22, 2023 |
| Government submits proposed verdict form and witness and exhibit lists. |  | January 3, 2024 |
| Pretrial conference statement, proposed jury instructions, proposed jury questionnaire and voir dire, proposed verdict form due | December 8, 2023 | January 3, 2024 |
| Government provides any remaining *Jencks* material and discovery and any remaining disclosures under Local Criminal Rule 16-1(c). |  | January 22, 2024 |
| Pretrial conference | December 15, 2023 | January 8, 2024 |

| Jury selection | TBD | February 5, 2024 |
| Trial | February 5, 2024 | February 5, 2024 |