(updated 3/2019)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>　　　　　Plaintiff,<br>　　v.<br>BTC-E, ALEXANDER VINNIK,<br>　　　　　Defendant(s). | Case No. 16-cr-00227-SI-5   (SI)<br><br>**ORDER FOR PRETRIAL PREPARATION (CRIMINAL)** |

Good cause appearing, **IT IS HEREBY ORDERED** that:

**DEADLINE for filing superseding Indictment:**  8/25/2023

**GOVERNMENT'S Expert Disclosure:**  9/1/2023

**RULE 12 Motions Due:**  9/8/2023;
　　　Oppositions:  9/22/2023;   Replies:  9/29/2023;
Hearing on Rule 12 Motions:  Specially Set for **10/26/2023 at 11:00 a.m. for in-person hearing.**

**RULE 16 Deadline:**  10/30/2023;

**WITNESS DISCLOSURES**:  10/30/2023;

*Brady and Giglio* **Disclosures:**  11/3/2023;

**FOREIGN TRANSLATIONS**:  11/1/2023;

**MOTIONS IN LIMINE/DAUBERT** :
**Last Day to File:**  11/17/2023;
　　　Oppositions:  12/1/2023;   Reply:  12/8/2023.

*Jencks* **Disclosure:**  12/8/2023, if necessary with any cooperator statements filed under seal.

**PRETRIAL CONFERENCE**:  A Pretrial Conference **SHALL** be held at **11:00 a.m.** on **12/14/2023** in Courtroom 1.

**PRETRIAL PAPERWORK:  12/8/2023**:

(1) Serve and file a trial memorandum briefly stating the legal bases for the charges and the anticipated evidence, and addressing any evidentiary, procedural or other anticipated legal issues;

(2) Serve and file a list of all witnesses who may be called, together with a brief summary of the testimony of each;

(3) Serve and file proposed jury instructions on all substantive issues and on any procedural issue not adequately covered by the Court's standard instructions (which are published in the Ninth Circuit Manual of Model Jury Instructions).  Counsel shall deliver to the Courtroom Deputy a copy of their proposed jury instructions and email a copy in Word format to SIPO@cand.uscourts.gov.

(4) Serve and file a proposed form of verdict and proposed questions for jury voir dire; and,

(5) Serve and file exhibit lists; and serve copies of all marked exhibits on all parties.  Each item **SHALL** be pre-marked; generally, the government **SHALL** use numbers, the defendant, letters.  The exhibits **SHOULD NOT** be filed with the Court, only the exhibit lists must be filed with the Court.  However, counsel shall lodge with the Court two copies of the exhibits in binders the Friday before trial, for the Court's use and witnesses use during trial.  The original exhibits admitted by the Court shall be collected by the Court during trial.

Not less than **three court days** before the Pretrial Conference, defense counsel **SHALL** comply with subparagraphs (3) and (4) above, and, to the extent consistent with the defendant's right to an effective defense, with subparagraphs (1), (2) and (5) above.

Counsel **SHALL** confer in advance and be prepared to discuss with the Court any anticipated evidentiary objections and any means for shortening and simplifying the trial (e.g., by stipulating to such matters as chain of custody, nature of substances, use of the mails, etc.).

Counsel should submit an agreed upon set of additional requested voir dire questions to be posed by the Court.  Any voir dire questions on which counsel cannot agree shall be submitted separately.  Voir dire by counsel will not be permitted absent leave of Court.

**COPIES**: Each document filed or lodged with the Court must be accompanied by an unstapled, **three-hole punched** copy for use in the Judge's chambers.  In addition, one copy of the witness and exhibit lists should be furnished to the court reporter.

**TRANSCRIPTS**: If transcripts will be requested during or immediately after trial, arrangements must be made with the court reporter at least one week before trial commences.  If a daily transcript and/or real-time reporting is needed, the parties shall make arrangements with Kristen Melen, Court Reporter Supervisor, at (415) 522-2079 or Kristen.Melen@cand.uscourts.gov  at least fourteen days before trial commences.

**CHANGE OF PLEA**: Counsel **SHALL** give prompt notice to the United States Attorney and to the Court of any intention to change a previously entered not guilty plea.

**EXHIBITS**:  Upon the conclusion of the trial, the admitted exhibits are filed by the Court.  The exhibits not admitted are returned to counsel.

**TRIAL DATE**: On  **2/5/2024** at 8:30 a.m., Courtroom 1, 17th floor, and will be before the JURY.

**TRIAL LENGTH** is estimated to be **16** days.

     **IT IS SO ORDERED**.

Dated: June 30, 2023

_____
SUSAN ILLSTON
United States District Judge

3