ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

KATHERINE L. WAWRZYNIAK (CABN 252751)
Chief, Criminal Division

CLAUDIA QUIROZ (CABN 254419)
KATHERINE LLOYD-LOVETT (CABN 276256)
Assistant United States Attorneys
C. ALDEN PELKER (MD)
Trial Attorney
Computer Crime & Intellectual Property Section
United States Department of Justice

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7428
    FAX: (415) 436-7234
    claudia.quiroz@usdoj.gov
    katherine.lloyd-lovett@usdoj.gov
    catherine.pelker@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>BTC-E, A/K/A CANTON BUSINESS CORPORATION,<br><br>and<br><br>ALEXANDER VINNIK,<br><br>    Defendants. | NO. CR 16-00227-SI<br><br>UNITED STATES' MOTION TO UNSEAL AND REQUEST FOR LEAVE TO FILE REDACTED APPLICATION AND ORDER AUTHORIZING TRAVEL RECORD PRODUCTION AND ACCOUNT ACCESS; [PROPOSED] ORDER |

The United States of America ("the government"), through undersigned counsel, respectfully moves this Court to unseal redacted copies of (1) an application of the United States for an order authorizing travel record production and contemporaneous account access in matter No. CR-16-90391-

MISC-EDL; and (2) the Court order granting that application. The government also requests leave to file the redacted versions of those documents in the above-referenced action.

Those documents are currently under seal and no longer need to be sealed except for the redactions in the proposed versions. The redactions are necessary because they include PII, government personnel email addresses, and information about sensitive law enforcement techniques. Proposed redacted versions of the application and order will be lodged under seal with the Court as Exhibits A and B to this motion.

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

DATED: July 3, 2023

\_\_/s/_____
CLAUDIA QUIROZ
KATHERINE LLOYD-LOVETT
Assistant United States Attorneys
C. ALDEN PELKER
Trial Attorney, CCIPS Assistant United States Attorney

**[PROPOSED] ORDER**

On the motion of the United States, and good cause appearing therefor, the Court grants the government's motion and ORDERS that the government may file the application of the United States for an order authorizing travel record production and contemporaneous account access and the Court order granting that application in matter No. CR-16-90391-MISC-EDL with the redactions proposed in Exhibits A and B to the government's motion.

IT IS SO ORDERED.

DATED: _____

HONORABLE SUSAN ILLSTON
United States District Judge