UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER VINNIK, *et al.*,<br><br>Defendants. | Case No. 16-cr-00227-SI-1<br><br>**ORDER RE: PROTECTIVE ORDER**<br><br>Re: Dkt. No. 59 |

The Court has held several hearings on defendant's motion to amend the protective order. At the June 30, 2023 hearing, counsel advised the Court that they had resolved most of their disagreements but had a remaining dispute about whether third parties, such as witnesses, were required to sign the protective order. The Court has considered the parties' arguments and concludes that the following language should be used for Paragraph 3:

> Neither the defendant nor any member of the Defense Team shall provide any discovery material produced by the government—whether or not the material constitutes or contains Sensitive Information within the meaning of this Order—to any third party[1] (i.e., any person who is not a member of the Defense Team) or make any public disclosure of the same, other than in a court filing, without the government's express written permission or further order of this Court, except that the Defense Team may show discovery materials produced by the government to third parties, including witnesses and consultants, in the course of preparing the defense of this case at trial or any appeal in this case, but only if (i) the third party, by reason of their participation in the underlying events or conduct, would have seen or had reason to know such information, or (ii) it is otherwise relevant to the defense of the case that the Defense Team discuss with or show the third party the materials. Any third party to whom the defense discloses discovery materials shall be also provided with a copy of this Order along with those materials. In addition, consistent with the Court's order, the defendant and the Defense Team may share undesignated material with the United States Department of State. This paragraph applies to the disclosure of discovery materials themselves, as well as detailed, substantially

---

[1] This prohibition shall not extend to law enforcement personnel in Santa Rita Jail who will need to review digital discovery before providing it to defendant. The Defense Team may send non-Sensitive information to Santa Rita Jail and authorize disclosure to the Sheriff's Office for that purpose.

verbatim recitations of their contents; however, this paragraph does not prevent the defendant or the Defense Team from discussing or disclosing particular nonsensitive facts of the case, notwithstanding that the defendant or the Defense Team's knowledge of these facts may have originated from their review of the discovery materials.

The parties shall file the amended protective order containing this language no later than July 7, 2023.

**IT IS SO ORDERED**.

Dated: July 5, 2023

_____
SUSAN ILLSTON
United States District Judge

2