IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTHERN CALIFORNIA
SAN FRANCISCO DIVISION

IN RE ORDER REQUIRING

SABRE

TO ASSIST IN THE EXECUTION OF
ARREST WARRANTS ISSUED BY THIS
COURT

Case No. CR16 90 39 MISC EPL

**ORDER**

**Filed Under Seal**

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
SUSAN Y. SOONG
Clerk, U.S. District Court
Northern District of California
By _____
Deputy Clerk
Date 6/21/16

Before the Court is the Government's motion for an order requiring Sabre to assist law enforcement agents in the arrest of known fugitives. It appearing, to the satisfaction of the Court, that there is reason to believe that the information sought in said application will aid in the execution of federal arrest warrants as well as the investigation and prosecution of criminal activities, namely violations of **18 U.S.C. § 1960 – Operation of an Unlicensed Money Service Business and 18 U.S.C. § 1956(h) – Conspiracy to Commit Money Laundering**, it is hereby ORDERED, pursuant to the All Writs Act, Title 28, United States Code, Section 1651(a), that the Authorized Custodian of Records of Sabre, or its designees, assist in the execution of federal arrest warrants by providing to the United States Attorney and his designees and/or the IRS-CI, FBI, USSS, and HSI, all records and services for any accounts associated with the following information:

1) Name: Alexander Buyanov

   Alias(es):

   Address: ▮

   Phone number: ▮

   Credit card number: ▮

   Passport number: ▮

2) Name: Stanislav Alexandorovich Golovanov

Alias(es):

Address: █████████████████████████

Phone number: █████

Credit card number: █████

Passport number: █████

3) Name: Andrey Viktorovich Nikonorov

Alias(es): █████

Address: █████████████████████████

Phone number: █████

Credit card number: █████

Passport number: █████

4) Name: Alexander Vinnik

Alias(es): Alexander Sokolov, Alex Sokol, WME, Vasiliy Alexandorovich Sidorov

Address: █████████████████████

Phone number: █████

Credit card number: █████

Passport number: █████

(collectively, the "Travelers").

It is further ORDERED that Sabre shall provide the United States Attorney and/or representatives of the IRS-CI, FBI, USSS, and HSI complete and contemporaneous "real time" account activity information of the Travelers on a weekly, ongoing basis by email to the email addresses ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ for a period of one year from the date of this Order, unless sooner renewed or until the government notifies Sabre that the information sought is no longer necessary. Sabre shall not intercept, nor shall Sabre provide, the content of any wire or electronic communications.

It is noted that Sabre and counsel for the government have discussed ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇ The instant approach, which allows for agility and flexibility, has thus been designed following consultation with Sabre who has advised that it will not at this time pose an undue burden on Sabre. In the event that that should change during the pendency of this Order, Sabre may petition this Court for relief by noticing and filing the appropriate motion, with the appropriate notice to the government required under the Local Rules for the Northern District of California.

It is further ORDERED that this Order and Application are sealed until otherwise ordered by the Court, and that Sabre and its agents and employees shall not disclose the existence of, or the information disclosed pursuant to, the Application and this Order of the Court to any person, or to its attorney for the purpose for receiving legal advice, or to authorized representatives of the

3

United States Attorney and his designees, or to the IRS-CI, FBI, USSS, and HSI, unless and until further order of this Court.

Signed,

_____
HONORABLE LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

Date: Jun 20, 2016