JODI LINKER
Federal Public Defender
DAVID W. RIZK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  415.436.7700
Facsimile:  415.436.7706
David_rizk@fd.org

Counsel for Defendant VINNIK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 16-227 SI |
|---|---|
| Plaintiff, | |
| v. | **DECLARATION OF DAVID RIZK** |
| ALEXANDER VINNIK, | |
| Defendant. | |

I, David W. Rizk, state as follows:

I am the Assistant Federal Public Defender appointed to represent defendant Alexander Vinnik.

1. Following the last hearing in this matter, defense counsel advised Mr. Vinnik of the trial schedule and pretrial deadlines and confirmed his agreement to waive time under the Speedy Trial Act until trial.

I DECLARE under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Signed this 21st day of July, 2023, in San Francisco, California.

                                                        __/S_____
                                                        DAVID WADE RIZK
                                                        Assistant Federal Public Defender