1  **ALEKSANDR GRUZMAN ESQ. (SBN 232763)**
   LAW OFFICE OF ALEKSANDR GRUZMAN
2  7703 Santa Monica Blvd., Ste 1
   West Hollywood, CA, 90046
3  Tel: (323) 798-4444
4  Facsimile (866) 475-5442
   info@alexgruzman.com
5
   **BUKH LAW FIRM, PLLC**
6  **ARKADY BUKH, ESQ.**
   1123 Avenue Z
7  Brooklyn, NY 11225
   Tel: (718) 376-4766
8  Fax: (718) 376-3033
   honorable@usa.com
9

10 *Attorneys for Defendant*
   ALEXANDER VINNIK

11
                    UNITED STATES DISTRICT COURT
12                  NORTHERN DISTRICT OF CALIFORNIA
                         SAN FRANCISCO DIVISION
13

14 ----------------------------------------------------------X
   UNITED STATES OF AMERICA,            Case No.: 3:16- CR-00227-SI
15
                    Plaintiff,          **NOTICE OF APPEARANCE FOR**
16                                      **ALEXANDER VINNIK**
         v.
17
   BTC-EM A/K/A CANTON BUSINESS
18 CORPORATION, ANDREY NIKONOROV,
   STANISLAV GOLOVANOV, ALEXANDER
19 VINNIK

20               Defendants.
21 ----------------------------------------------------------X

22      **PLEASE TAKE NOTICE THE, ALEKSANDR GRUZMAN ESQ. OF THE LAW**

23 **OFFICE OF ALEKSANDR GRUZMAN,** located at 7703 Santa Monica Boulevard, Suite 1,

24 West Hollywood, CA, 90046, (323) 798-4444 hereby appears for Defendant, Alexander Vinnik.

25

26

27

28                                       1
                      NOTICE OF APPEARANCE FOR ALEXANDER VINNIK

1 | Please add Defendant's counsel to the list of persons to be noticed.

                                                        Respectfully,

Dated: August 14, 2023            /s/Aleksandr Gruzman
                                                       Attorney for Defendant
                                                       Alexander Vinnik