1

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

3

4

5

6

7

8

_____ ,

Plaintiff(s),

v.

_____ ,

Defendant(s).

Case No. _____

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

9

10   I, _____, an active member in good standing of the bar of

11   _____, hereby respectfully apply for admission to practice pro hac

12   vice in the Northern District of California representing: _____ in the

13   above-entitled action. My local co-counsel in this case is _____, an

14   attorney who is a member of the bar of this Court in good standing and who maintains an office

15   within the State of California.  Local co-counsel's bar number is: _____.

16

17

18

_____
My Address of Record

_____
Local Co-Counsel's Address of Record

19

_____
My Telephone # of Record

_____
Local Co-Counsel's Telephone # of Record

20

_____
My Email Address of Record

_____
Local Co-Counsel's Email Address of Record

21

22   I am an active member in good standing of a United States Court or of the highest court of

23   another State or the District of Columbia, as indicated above; my bar number is: _____.

24   A true and correct copy of a certificate of good standing or equivalent official document

25   from said bar is attached to this application.

26   I have been granted pro hac vice admission by the Court _____ times in the 12 months

27   preceding this application.

28

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

_____
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California