```
1    JODI LINKER
     Federal Public Defender
2    Northern District of California
     DAVID RIZK
3    Assistant Federal Public Defender
     19th Floor Federal Building - Box 36106
4    450 Golden Gate Avenue
     San Francisco, CA 94102
5    Telephone:  (415) 436-7700
     Facsimile:  (415) 436-7706
6    Email:      david_rizk@fd.org
7
8    Counsel for Defendant VINNIK
9
10                        IN THE UNITED STATES DISTRICT COURT
11                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
12                                SAN FRANCISCO DIVISION
13
14   UNITED STATES OF AMERICA,            Case No.: CR 16-227 SI
15              Plaintiff,                APPLICATION AND [PROPOSED]
                                          ORDER TO WITHDRAW AS
16        v.                              COUNSEL
17   ALEXANDER VINNIK,
18              Defendant.
19
20
21        Defendant Alexander Vinnik has retained counsel in the above captioned matter.
22   Therefore, the Federal Public Defender's Office hereby moves to withdraw as counsel for Mr.
23   Vinnik. Counsel also requests to be removed from all electronic notices in this matter.
24
25        August 16, 2023                    JODI LINKER
             Dated                           Federal Public Defender
26                                           Northern District of California
27                                                    /S
                                             DAVID RIZK
28                                           Assistant Federal Public Defender
```

APPLICATION [PROPOSED] ORDER
*VINNIK*, CR 16-227 SI

# **[PROPOSED] ORDER**

For the reason stated in counsel's application and pursuant to L.R. 11-5, the Federal Public Defender's Office is hereby relieved as counsel in the above captioned matter.

IT IS SO ORDERED.

_____          _____
Dated                                                     SUSAN ILLSTON
                                                                   Senior United States District Judge