```
 1  ARKADY BUKH
    Pro Hac Vice
 2  Bukh Law Firm, PLLC
    1123 Avenue Z
 3  Brooklyn, NY 11235
 4  Phone: (718) 376-4766
    Fax: (718) 376-3033
 5  Email: honorable@usa.com

 6  Aleksandr Gruzman
    Law Office of Aleksandr Gruzman
 7  7703 Santa Monica Blvd Ste 1
 8  West Hollywood, CA 90046
    323-798-4444
 9  Email: info@alexgruzman.com

10  Attorneys for Defendant
    ALEXANDER VINNIK
11
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 16-00227-SI-5 |
|---|---|
| Plaintiff, | ) STIPULATION TO VACATE PRETRIAL |
| v. | ) DEADLINES; [PROPOSED] ORDER |
| BTC-E, A/K/A CANTON BUSINESS CORPORATION, | ) |
| and | ) |
| ALEXANDER VINNIK, | ) |
| Defendants. | ) |

Defendant Alexander Vinnik, represented by Arkady Bukh and Aleksandr Gruzman, and the United States, through undersigned counsel, hereby stipulate to the following:

On June 30, 2023, the Court issued an Order for Pretrial Preparation, setting pretrial deadlines and setting the pretrial conference on December 14, 2023 and jury trial to begin on February 5, 2024.

[Dkt. No. 82.]

On August 14, 2023, Arkady Bukh filed a Motion for Leave to Appear in Pro Hac Vice. [Dkt. Nos. 97, 100 (corrected).] Mr. Bukh also filed a Notice of Attorney Appearance on the same day. [Dkt. No. 99.]

Assistant Federal Public Defender David Rizk filed a Motion to Withdraw as Attorney on August 16, 2023. [Dkt. No. 103.]

On August 17, 2023, the Court set a status conference for September 8, 2023. [Dkt. No. 104.]

The parties have met and conferred and agree to vacate the September 1st and September 8th 2023 deadlines in light of Messrs. Bukh and Gruzman's recent entry in the case, and the need for them to familiarize themselves with the case, confer with Mr. Vinnik, and discuss the matter with the government. The parties plan to meet and confer further and will be prepared to discuss the case at the September 8, 2023 hearing.

Undersigned counsel for Mr. Vinnik certify that they have conferred with Mr. Rizk regarding this stipulation given that he is still listed as counsel for Mr. Vinnik in this matter, and he has no objection to this stipulation.

IT IS SO STIPULATED.

ISMAIL J. RAMSEY
United States Attorney

DATED: August 18, 2023

  /s/ Claudia Quiroz
CLAUDIA QUIROZ
KATHERINE LLOYD-LOVETT
Assistant United States Attorneys
C. ALDEN PELKER
Trial Attorney, CCIPS Assistant United States Attorney

DATED: August 18, 2023

/s/ Aleksandr Gruzman
ALEKSANDR GRUZMAN
Counsel for Defendant ALEXANDER VINNIK

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court ORDERS that the September 1st and September 8th, 2023 deadlines are VACATED.

IT IS SO ORDERED.

DATED: _____                                     _____
                                                             SUSAN ILLSTON
                                                             United States District Judge