ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

KATHERINE L. WAWRZYNIAK (CABN 252751)
Chief, Criminal Division

CLAUDIA QUIROZ (CABN 254419)
KATHERINE LLOYD-LOVETT (CABN 276256)
Assistant United States Attorneys
C. ALDEN PELKER (MD)
Trial Attorney
Computer Crime & Intellectual Property Section
United States Department of Justice

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7428
    FAX: (415) 436-7234
    claudia.quiroz@usdoj.gov
    katherine.lloyd-lovett@usdoj.gov
    catherine.pelker@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 16-00227-SI-5 |
| Plaintiff, | STIPULATION TO EXCLUDE TIME; [PROPOSED] ORDER |
| v. | |
| BTC-E, A/K/A CANTON BUSINESS CORPORATION, | |
| and | |
| ALEXANDER VINNIK, | |
| Defendants. | |

The parties appeared before the Court for a status conference on September 8, 2023. At that time, a new trial date of September 30, 2024, was set at the request of the parties. In addition, it was

stipulated by and between counsel for the United States and counsel for the defendant, Alexander Vinnik, that time be excluded under the Speedy Trial Act from September 8, 2023, through September 30, 2024.  This time exclusion will allow defense counsel, who have newly appeared in this matter, to prepare, including by reviewing the significant volume of discovery in this matter.  For this reason, the parties stipulate and agree that excluding time from September 8, 2023, through September 30, 2024, will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from September 8, 2023, through September 30, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Undersigned government counsel certify that they have obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.                                    ISMAIL J. RAMSEY
                                                                            United States Attorney


DATED:  September 8, 2023                          __/s/_____
                                                                            CLAUDIA QUIROZ
                                                                            KATHERINE LLOYD-LOVETT
                                                                            Assistant United States Attorneys
                                                                            C. ALDEN PELKER
                                                                            Trial Attorney, CCIPS Assistant United States Attorney


DATED:  September 8, 2023                          ____/s/ *Aleksandr Gruzman*_____
                                                                            ALEKSANDR GRUZMAN
                                                                            ARKADY BUKH Counsel for Defendant
                                                                            ALEXANDER VINNIK

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from September 8, 2023, through September 30, 2024, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from September 8, 2023, through September 30, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from September 8, 2023, to September 30, 2024, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: _____

_____
HON. SUSAN ILLSTON
United States District Judge