UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** January 12, 2024    **Time:** 2 M (11:25 – 11:27)    **Judge:** SUSAN ILLSTON

**Case No.:** 16-cr-00227-SI-5    **Case Name:** United States v. Alexander Vinnik

**Attorney for Government:** Claudia Quiroz, Katherine Lloyd-Lovett
**Attorney for Defendant:** Aleksandr Gruzman
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [X] In Custody   [ ] Not in Custody

**Deputy Clerk:** Jenny Galang    **Court Reporter:** Rhonda Aquilina
**Interpreter:** Laura Mirzoyan - Russian    **Probation Officer:** n/a

## PROCEEDINGS

Status Conference – Held.

## SUMMARY

Parties continue discussions about potentially resolving this matter and request to come back in roughly four weeks for a change of plea or trial setting. Time is already excluded until September.

CASE CONTINUED TO: **February 23, 2024, at 11:00 AM, for Further Status Conference**

-------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY: Government to prepare an exclusion order.**
Category: Effective preparation of counsel.
Begins: 1/12/2024
Ends: 9/30/2024
-------------------------------------------------------------------------------------------------------------------