UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** March 29, 2024        **Time:**  11:03 – 11:05        **Judge:**  SUSAN ILLSTON
2 Minutes

**Case No.**: 16-cr-00227-SI-5        **Case Name:**  United States v. Alexander Vinnik

**Attorney for Government:** Claudia Quiroz, Katherin Lloyd-Lovett, Alden Pelker
**Attorney for Defendant:** Aleksandr Gruzman
**Defendant:** [X ] Present   [ ] Not Present
**Defendant's Custodial Status:** [X ] In Custody  [ ] Not in Custody

| | |
|---|---|
| **Deputy Clerk:** Esther Chung | **Court Reporter:** Lee Ann Shortridge |
| **Interpreter:**  Marina Brodskaya | **Probation Officer:** n/a |

### PROCEEDINGS

Status Conference – Held.

### SUMMARY

The parties requested that a Change of Plea Hearing date be set.  The Court set the hearing as requested.

CASE CONTINUED:  **5/3/2024 at 11:00 AM for Change of Plea**