UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** May 3, 2024 | **Time:** 11:47 – 12:12<br>25 Minutes | **Judge:** SUSAN ILLSTON |
| **Case No.:** 16-cr-00227-SI-5 | **Case Name:** United States v. Alexander Vinnik | |

**Attorney for Government:** Claudia Quiroz, Katherin Lloyd-Lovett, Catherine Alden Pelker
**Attorney for Defendant:** Aleksandr Gruzman
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [X] In Custody   [ ] Not in Custody

| | |
|---|---|
| **Deputy Clerk:** Esther Chung | **Court Reporter:** Stephen Franklin |
| **Interpreter:** Marina Brodskaya | **Probation Officer:** n/a |

### PROCEEDINGS

Change of Plea – Held.

### SUMMARY

Defendant was sworn and examined by the Court. Defendant was advised of his rights and waived said rights. The Court found the defendant competent and accepted the Defendant's plea of guilty to Count Two of the Superseding Indictment as knowing and voluntary. The Plea Agreement was filed.

The Court orders the matter referred to the Probation Office for preparation of a presentence report.

CASE CONTINUED: **7/12/2024 at 11:00 AM for Sentencing**