1 | ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

2

3 | MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

4 | KATHERINE M. LLOYD-LOVETT (CABN 276256)
Assistant United States Attorney
5 | CLAUDIA QUIROZ (CABN 254419)
C. ALDEN PELKER (MD)
6 | Trial Attorneys
Computer Crime & Intellectual Property Section
7 | United States Department of Justice

8 | 1301 Clay Street, Suite 340S
Oakland, California 94612
9 | Telephone: (510) 637-3680
FAX: (510) 637-3724
10 | katherine.lloyd-lovett@usdoj.gov
claudia.quiroz2@usdoj.gov
11 | catherine.pelker@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 16-00227-SI-5 |
|---|---|
| Plaintiff, | ) STIPULATION RE SENTENCING DATE AND [PROPOSED] ORDER |
| v. | ) |
| ALEXANDER VINNIK, | ) |
| Defendant. | ) |

    Sentencing is set in this matter for July 12, 2024, at 11:00 a.m. The parties have met and conferred and agree to continue sentencing for a period of six months, to January 17, 2025, at 11:00 a.m. The parties have confirmed that this date is available for the Court and for the assigned Probation Officer. The parties therefore respectfully request that the Court grant the requested continuance.

//

STIPULATION RE SENTENCING DATE AND PROPOSED ORDER
Case No. CR 16-00227-SI-5
v. 7/10/2018

Undersigned government counsel certify that they have obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.                              ISMAIL J. RAMSEY
                                                  United States Attorney


DATED: June 20, 2024                              __/s/_____
                                                  KATHERINE LLOYD-LOVETT
                                                  Assistant United States Attorney
                                                  CLAUDIA QUIROZ
                                                  C. ALDEN PELKER
                                                  Trial Attorneys, CCIPS Assistant United States
                                                  Attorney


DATED: June 20, 2024                              _____/s/_____
                                                  ARKADY BUKH
                                                  ALEKSANDR GRUZMAN
                                                  Counsel for Defendant ALEXANDER VINNIK


### [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court vacates the sentencing hearing currently set for July 12, 2024, and ORDERS that sentencing in this matter shall be set to take place on January 17, 2025, at 11:00 a.m.

IT IS SO ORDERED.


DATED: June 21, 2024                              _____
                                                  HON. SUSAN ILLSTON
                                                  United States District Judge