```
1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  KATHERINE M. LLOYD-LOVETT (CABN 276256)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        Katherine.lloyd-lovett@usdoj.gov
8
   Attorneys for United States of America
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 16-CR-00227 SI |
| Plaintiff, | ) ) | NOTICE OF WITHDRAWAL OF COUNSEL |
| v. | ) ) | |
| BTC-e, et al., | ) ) | |
| Defendants. | ) ) | |

The United States Attorney's Office hereby files this Notice of Withdrawal of Counsel to advise the Court that Assistant United States Attorney Katherine Lloyd-Lovett should be removed from the docket as counsel for the government in this matter. Trial Attorneys Claudia Quiroz and Catherine A. Pelker remain as counsel for the United States in this matter.

DATED: January 7, 2025                            Respectfully submitted,

                                                  ISMAIL J. RAMSEY
                                                  United States Attorney


                                                  ____/s/_____
                                                  KATHERINE M. LLOYD-LOVETT
                                                  Assistant United States Attorney