| | |
|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney |
| 2 | |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division |
| 4 | LLOYD FARNHAM (CABN 202231)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7200 |
| 7 | FAX: (415) 436-7234 |
| 8 | CLAUDIA QUIROZ (CABN 254419)<br>C. ALDEN PELKER (MD) |
| 9 | Trial Attorneys<br>Computer Crime & Intellectual Property Section |
| 10 | United States Department of Justice |
| 11 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 16-00227-SI-5 |
| Plaintiff, | ) ) | ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO FILE UNDER SEAL |
| v. | ) ) | |
| ALEXANDER VINNIK, | ) | UNDER SEAL |
| Defendant. | ) ) ) | |

Pursuant to Criminal Local Rule 56-1, the United States hereby moves for an Order permitting it to file the Notice of Dismissal, and this Administrative Motion, under seal.

The United States asks that the Notice of Dismissal be filed under seal at this point in the proceedings in order to preserve the confidentiality of the dismissal pending conversations with the

//

//

//

ADMIN MOTION TO FILE UNDER SEAL
No. CR 16-00227-SI-5

Court and counsel for the defense regarding the dismissal, as well as to preserve the confidentiality of certain sensitive and delicate diplomatic issues. Accordingly, the United States requests that these documents be filed under seal pending further Order of the Court.

DATED: February 11, 2025

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

_____/s/_____
LLOYD FARNHAM
Assistant United States Attorney

## DECLARATION OF COUNSEL

I, Lloyd Farnham, declare and state as follows:

I am an Assistant United States Attorney in the Office of the United States Attorney for the Northern District of California. I respectfully submit this declaration in support of the United States' motion to file certain documents in under seal. The representations made in the Administrative Motion to File Under Seal are true and correct to the best of my knowledge.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 11h day of February 2025, in San Francisco, California.

_____/s/_____
LLOYD FARNHAM
Assistant United States Attorney

## [PROPOSED] ORDER

Upon the motion of the United States, and for good cause shown, IT IS HEREBY ORDERED that the United States' Administrative Motion to Seal is GRANTED. The Notice of Dismissal and this Administrative Motion shall be filed under seal pending further Order of the Court.

IT IS SO ORDERED.

Dated: February 11, 2025

HONORABLE SUSAN ILLSTON
United States District Judge

ADMIN MOTION TO FILE UNDER SEAL
No. CR 16-00227-SI-5

1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  LLOYD FARNHAM (CABN 202231)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234

8  CLAUDIA QUIROZ (CABN 254419)
   C. ALDEN PELKER (MD)
9  Trial Attorneys
   Computer Crime & Intellectual Property Section
10 United States Department of Justice

11 Attorneys for United States of America

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15 UNITED STATES OF AMERICA,          )  NO. CR 16-00227-SI-5
                                      )
16         Plaintiff,                 )  NOTICE OF DISMISSAL
                                      )
17    v.                              )
                                      )  UNDER SEAL
18 ALEXANDER VINNIK,                  )
                                      )
19         Defendant.                 )
                                      )

20

21    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

22 States Attorney for the Northern District of California dismisses the above indictment and superseding

23 indictment against ALEXANDER VINNIK.

24 DATED: February 11, 2025                      Respectfully submitted,

25                                               ISMAIL J. RAMSEY
                                                 United States Attorney
26
                                                      /s/
27                                               MARTHA BOERSCH
                                                 Chief, Criminal Division
28

   NOTICE OF DISMISSAL
   No. CR 16-00227-SI-5

1  Leave is granted to the government to dismiss the indictment and superseding indictment against
2  ALEXANDER VINNIK.

4  Dated: February 11, 2025

   _____
   HONORABLE SUSAN ILLSTON
   United States District Judge