1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  LLOYD FARNHAM (CABN 202231)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
7      FAX: (415) 436-7234

8  CLAUDIA QUIROZ (CABN 254419)
   C. ALDEN PELKER (MD)
9  Trial Attorneys
   Computer Crime & Intellectual Property Section
10 United States Department of Justice

11 Attorneys for United States of America

12                          UNITED STATES DISTRICT COURT

13                         NORTHERN DISTRICT OF CALIFORNIA

14                                SAN FRANCISCO DIVISION

15 UNITED STATES OF AMERICA,              ) NO. CR 16-00227-SI-5
                                          )
16         Plaintiff,                     ) NOTICE OF DISMISSAL
                                          )
17     v.                                 )
                                          ) UNDER SEAL
18 ALEXANDER VINNIK,                      )
                                          )
19         Defendant.                     )
                                          )
20

21     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

22 States Attorney for the Northern District of California dismisses the above indictment and superseding

23 indictment against ALEXANDER VINNIK.

24 DATED: February 11, 2025                       Respectfully submitted,

25                                                ISMAIL J. RAMSEY
                                                  United States Attorney
26
                                                       /s/
27                                                MARTHA BOERSCH
                                                  Chief, Criminal Division
28

NOTICE OF DISMISSAL
No. CR 16-00227-SI-5

1   Leave is granted to the government to dismiss the indictment and superseding indictment against
2   ALEXANDER VINNIK.

4   Dated: February 11, 2025

_____
HONORABLE SUSAN ILLSTON
United States District Judge

NOTICE OF DISMISSAL
No. CR 16-00227-SI-5