PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

LLOYD FARNHAM (CABN 202231)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234

CLAUDIA QUIROZ (CABN 254419)
C. ALDEN PELKER (MD)
Trial Attorneys
Computer Crime & Intellectual Property Section
United States Department of Justice

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ALEXANDER VINNIK,<br><br>    Defendant. | NO. CR 16-00227-SI-5<br><br>ADMINISTRATIVE MOTION TO UNSEAL NOTICE OF DISMISSAL |

On February 11, 2025, the United States, through undersigned counsel, filed a motion to seal the Notice of Dismissal in this case, along with an Administrative Motion to Seal the Notice. The United States now asks that the Court unseal the Notice of Dismissal and the Motion to Seal (Filed under seal as Dkt. No. 136). The case against defendant Alexander Vinnik is now dismissed, and he has been released from the custody of the U.S. Marshal, and therefore the circumstances no longer warrant continued sealing.

//

//

ADMIN MOTION TO UNSEAL
No. CR 16-00227-SI-5

DATED: February 14, 2025

Respectfully submitted,

PATRICK D. ROBBINS
Acting United States Attorney

/s/
LLOYD FARNHAM
Assistant United States Attorney

## [PROPOSED] ORDER

Upon the motion of the United States, and for good cause shown, IT IS HEREBY ORDERED that the Notice of Dismissal and the accompanying Administrative Motion to Seal (Dkt. No. 136) shall be unsealed and filed on the public docket.

IT IS SO ORDERED.

Dated:

HONORABLE SUSAN ILLSTON
United States District Judge