| | |
|---|---|
| 1 | PATRICK D. ROBBINS (CABN 152288)<br>Acting United States Attorney |
| 2 | |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division |
| 4 | LLOYD FARNHAM (CABN 202231)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7200 |
| 7 | FAX: (415) 436-7234 |
| 8 | CLAUDIA QUIROZ (CABN 254419)<br>C. ALDEN PELKER (MD) |
| 9 | Trial Attorneys<br>Computer Crime & Intellectual Property Section |
| 10 | United States Department of Justice |
| 11 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 16-00227-SI-5 |
| Plaintiff, | ) ) | ADMINISTRATIVE MOTION TO UNSEAL NOTICE OF DISMISSAL |
| v. | ) ) | |
| ALEXANDER VINNIK, | ) ) | |
| Defendant. | ) ) | |

On February 11, 2025, the United States, through undersigned counsel, filed a motion to seal the Notice of Dismissal in this case, along with an Administrative Motion to Seal the Notice.  The United States now asks that the Court unseal the Notice of Dismissal and the Motion to Seal (Filed under seal as Dkt. No. 136).  The case against defendant Alexander Vinnik is now dismissed, and he has been released from the custody of the U.S. Marshal, and therefore the circumstances no longer warrant continued sealing.

//

//

ADMIN MOTION TO UNSEAL
No. CR 16-00227-SI-5

DATED: February 14, 2025

Respectfully submitted,

PATRICK D. ROBBINS
Acting United States Attorney

/s/
LLOYD FARNHAM
Assistant United States Attorney

### [PROPOSED] ORDER

Upon the motion of the United States, and for good cause shown, IT IS HEREBY ORDERED that the Notice of Dismissal and the accompanying Administrative Motion to Seal (Dkt. No. 136) shall be unsealed and filed on the public docket.

IT IS SO ORDERED.

Dated: February 14, 2025

HONORABLE SUSAN ILLSTON
United States District Judge