```
 1  PATRICK D. ROBBINS (CABN 152288)
    United States Attorney
 2
    MARTHA BOERSCH (CABN 126569)
 3  Chief, Criminal Division

 4  LLOYD FARNHAM (CABN 202231)
    RYAN REZAEI (CABN 285133)
 5  Assistant United States Attorneys

 6       450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
 7       Telephone: (415) 436-7200
         FAX: (415) 436-7234
 8
    CLAUDIA QUIROZ (CABN 254419)
 9  C. ALDEN PELKER (MD)
    JONAS LERMAN (CABN 274733)
10  Trial Attorneys
    Computer Crime & Intellectual Property Section
11  United States Department of Justice

12  Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 16-00227-SI-5 |
| Plaintiff, | UNITED STATES' RESPONSE TO *NEW YORK TIMES* UNSEALING REQUEST (DKT. 145) |
| v. | |
| ALEXANDER VINNIK, | |
| Defendant. | |

In a recent letter (Dkt. 145), *New York Times* reporter Adam Goldman asked the Court "to unseal the plea agreement in the matter of *United States v. Vinnik*, 3:16-cr-00227 (docket entry 123)." But docket entry 123 is not sealed; it is merely unavailable for download through the Court's CM/ECF system. Earlier today, the government emailed Goldman a copy of docket entry 123, thus resolving his request. The Court should therefore deny the request as moot.

| | |
|---|---|
| Dated: March 20, 2025 | Respectfully submitted, |
| | PATRICK D. ROBBINS<br>Acting United States Attorney |
| | _/s/_<br>LLOYD FARNHAM<br>RYAN REZAEI<br>Assistant United States Attorneys |
| | CLAUDIA QUIROZ<br>C. ALDEN PELKER<br>JONAS LERMAN<br>Trial Attorneys<br>Computer Crime & Intellectual Property Section<br>United States Department of Justice |